UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANE CADE CASTRANOVA,

    Plaintiff,

vs.                                     Case No. 3:13-cv-1087-J-39MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 23) entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on July 9, 2014. Plaintiff is appealing an administrative decision denying her application for a Period of Disability, Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI") under the Social Security Act. The parties filed memoranda along with the administrative record and, upon review of these filings, the Magistrate Judge issued the Report and Recommendation (Doc. 23) in which he recommended that the final decision of the Commissioner of Social Security (the "Commissioner") be affirmed. Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir.

1993); see also 28 U.S.C. § 636(b)(1).  However, a district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 23) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated by 42 U.S.C. § 1383(c)(3), the decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge

jl
Copies furnished to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record